389 A.2d 694

Commonwealth v. Sumpter, Appellant.

Argued March 15, 1978. Larry A. Kalikow, Assistant Public Defender, with him Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence reversed and defendant is discharged for violation of Pa.R.Crim.P. 1100 as conceded by the Commonwealth.

HESTER, J., dissented.